**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUPRINT CLOTHING CORP., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL WHOLESALE CO., INC. a.k.a. NATIONAL WHOLESALE COMPANY, INC., a North Carolina corporation; and DOES 1 through 10,<br><br>    Defendants. | USDC No.: 2:23-cv-08391-SVW-JC<br>Complaint Filed: October 5, 2023<br><br>**ORDER OF DISMISSAL** |

///

///

///

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, cases of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: May 6, 2024

_____
HONORABLE STEVEN V. WILSON
UNITED STATES DISTRICT JUDGE